**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TEXAS MP3 TECHNOLOGIES, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2-07CV-052 |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SANDISK CORPORATION, and APPLE COMPUTER, INC., | § § § § | (TJW) |
| | § | |
| Defendants. | § | |
| | § | |

**DEFENDANT APPLE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH P.R. 3-3 AND P.R. 3-4**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, Apple, Inc. ("Apple"), and files this Unopposed Motion for Extension of Time to Comply with P.R. 3-3 and P.R. 3-4, and in support thereof would show the Court the following:

I.

As directed in the Court's July 10, 2007 *sua sponte* Order, plaintiff served its P.R. 3-1 Infringement Contentions and P.R. 3-2 Accompanying Documents on July 25, 2007. The July 10, 2007 Order further directs the defendants to serve their P.R. 3-3 Invalidity Contentions and P.R. 3-4 Accompanying Documents by the deadline provided in P.R. 3-3 and P.R. 3-4, which is September 10, 2007.

II.

Apple has met and conferred with the plaintiff, and both agree that it would be in both parties interest to extend the due dates for Apple to serve its P.R. 3-3 Invalidity Contentions and P.R. 3-4 Accompanying Documents until September 24, 2007.

Accordingly, Apple respectfully requests that the Court extend the time within which Apple must serve P.R. 3-3 Invalidity Contentions and P.R. 3-4 Accompanying Documents to September 24, 2007.

III.

WHEREFORE, PREMISES CONSIDERED, Defendant Apple respectfully requests that this Court extend the time within which Apple must serve P.R. 3-3 Invalidity Contentions and P.R. 3-4 Accompanying Documents to September 24, 2007.

Dated: August 1, 2007

Respectfully submitted,

/s/ David J. Healey
David J. Healey, Lead Attorney
State Bar No. 09327980
david.healey@weil.com
Garland T. Stephens
State Bar No. 24053910
garland.stephens@weil.com
WEIL, GOTSHAL & MANGES, LLP
700 Louisiana, Suite 1600
Houston, TX 77002
713-546-5000 (Telephone)
713-224-9511 (Facsimile)

Nicholas Brown
Brandon D. Conard
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000 (Telephone)
650-802-3100 (Facsimile)

*Counsel for Defendant Apple Inc.*

**CERTIFICATE OF CONFERENCE**

Counsel for Apple Inc. discussed by telephone the above Motion with Plaintiff's counsel on August 1, 2007, and Plaintiff's counsel has indicated Plaintiff does not oppose this Motion.

/s/ John R. Lane
John R. lane

**CERTIFICATE OF SERVICE**

On this the 1st day of August 2007, I caused a copy of the above Motion to be served on all Counsel of Record who have consented to electronic service via the Court's CM/ECF system.

/s/ James Dallal
James Dallal