# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TEXAS MP3 TECHNOLOGIES, LTD., § § Plaintiff, § v. § § SAMSUNG ELECTRONICS CO., LTD., § SAMSUNG ELECTRONICS AMERICA, INC., § SANDISK CORPORATION and § APPLE COMPUTER, INC., § § Defendants. § | Civil Case No. 2:07-CV-52 (TJW) JURY TRIAL |

## SANDISK CORPORATION'S RESPONSE TO APPLE'S MOTION TO STAY LITIGATION PENDING COMPLETION OF *INTER PARTES* REEXAMINATION

With respect to Apple's Motion To Stay Litigation Pending Completion of *Inter Partes* Reexamination (Docket No. 59), SanDisk takes no position regarding the merits of that motion, and SanDisk is not a party to the *inter partes* reexamination that has been filed by Apple.

August 10, 2007

Respectfully submitted,

/s/ Mark N. Reiter w/permission Keith Davis
Mark N. Reiter
Lead Attorney
State Bar No. 16759900
Gibson, Dunn & Crutcher
2100 McKinney Ave., Suite 1100
Dallas, Texas  75201
Telephone:  (214) 698-3360
Facsimile:  (214) 571-2907

Tharan Gregory Lanier
tglanier@jonesday.com
CA Bar No. 138784

JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:  (650) 739-3900

Thomas L. Giannetti
tlgiannetti@jonesday.com
NY Attorney Reg. No. 1632819
JONES DAY
222 East 41st Street
New York, NY  10017-6702
Telephone:  (212) 326-3917
Facsimile:  (212) 755-7306

Keith B. Davis
kbdavis@jonesday.com
TX Bar No. 24037895
JONES DAY
2727 North Harwood
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100
Attorneys for Defendant
SanDisk Corporation

Michael C. Smith
ms@rothfirm.com
TX Bar No. 18650410
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, Texas  75670
Telephone:  (903) 935-1665
Facsimile:  (903) 935-1797

3

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this August 10, 2007 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Keith B. Davis
Keith B. Davis

DLI-6134351v1