**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TEXAS MP3 TECHNOLOGIES, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SANDISK CORPORATION, and APPLE COMPUTER, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:07-CV-00052 (TJW) |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH P.R. 3-3 AND P.R. 3-4**

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., SanDisk Corporation, and Apple Inc. (collectively "Defendants") hereby file this Notice to inform the Court that Defendants served Second Supplemental Invalidity Contentions on counsel for Texas MP3 Technologies, Ltd.'s on November 2, 2007 via electronic mail (in compliance with P.R. 3-3) and Document Production Accompanying its November 2, 2007 Second Supplemental Invalidity Contentions on November 2, 2007 via Federal Express (in compliance with P.R. 3-4).

Date: November 2, 2007

Respectfully submitted,

/s/ Roger J. Fulghum
ROGER J. FULGHUM
Lead Attorney
Texas State Bar No. 00790724
BAKER BOTTS LLP
910 Louisiana Street
Houston, Texas 77002
713-229-1234 (Telephone)
713-229-1522 (Facsimile)
roger.fulghum@bakerbotts.com

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.**

/s/ Mark Reiter
MARK REITER
Lead Attorney
Texas State Bar No. 16759900
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Street, Suite 1100
Dallas, Texas 75201
214-698-3100 (Telephone)
214-698-3400 (Facsimile)
mreiter@gibsondunn.com

THOMAS L. GIANNETTI
New York Attorney Reg. No. 1632819
JONES DAY
222 East 41st Street
New York, New York 10017
212-326-3939 (Telephone)
212-755-7306 (Facsimile)
tlgiannetti@jonesday.com

**ATTORNEYS FOR DEFENDANT SANDISK CORPORATION**

/s/ David J. Healey
DAVID J. HEALEY
Lead Attorney
Texas State Bar No. 09327980
WEIL, GOTSHAL & MANGES LLP
700 Louisiana St., Suite 1600
Houston, Texas 77002
713-546-5000 (Telephone)
713-224-9511 (Facsimile)
david.healey@weil.com

MATTHEW D. POWERS
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000 (Telephone)
650-802-3100 (Facsimile)
matthew.powers@weil.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

**CERTIFICATE OF SERVICE**

On this the 2nd day of November 2007, I caused a true and correct copy of the foregoing document to be served on all Counsel of Record who have consented to electronic service via the Court's CM/ECF system.

/s/ Ann Scarpa
Ann Scarpa
Paralegal