**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TEXAS MP3 TECHNOLOGIES, LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION** |
| | § | |
| **vs.** | § | **2:07-cv-00052-TJW** |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD.,** | § | |
| **SAMSUNG ELECTRONICS AMERICA,** | § | **JURY TRIAL** |
| **INC., SANDISK CORPORATION, and** | § | |
| **APPLE COMPUTER, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## TEXAS MP3'S NOTICE OF COMPLIANCE

Plaintiff Texas MP3 hereby notifies the Court that Plaintiff Texas MP3 Technologies, Ltd.'s Initial Disclosures were served upon counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., SanDisk Corporation, and Apple, Inc. on February 4, 2008, in compliance with the Court's Scheduling Order and FED. R. CIV. P. 26(a)(1).

DATED: February 4, 2008

Respectfully submitted,

**McKOOL SMITH P.C.**

/s/ Mike McKool
Mike McKool, Jr.
Lead Attorney
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Scott R. Jacobs
Texas State Bar No. 10521550
sjacobs@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
McKool Smith P.C.
104 East Houston Street, Suite 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
Gretchen K. Harting
Texas State Bar No. 24055979
gharting@mckoolsmith.com
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com

Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF
TEXAS MP3 TECHNOLOGIES, LTD.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was electronically filed in compliance with Local Rule 5.1. As such, this notice was served on all counsel who are deemed to have consented to electronic service on February 4, 2008.

/s/ Gretchen K. Harting
Gretchen K. Harting