IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TEXAS MP3 TECHNOLOGIES, LTD., | § § | |
| Plaintiff, | § § | CIVIL ACTION |
| vs. | § § | 2:07-cv-00052-CE |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SANDISK CORPORATION, and APPLE COMPUTER, INC. | § § § § § | JURY TRIAL |
| Defendants. | § | |

**PLAINTIFF TEXAS MP3 TECHNOLOGIES, LTD. AND DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Texas MP3 Technologies, Ltd. and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., having agreed to settle all claims brought in the above-referenced matter by way of a settlement agreement entered by the parties, hereby stipulate through their designated counsel that all claims brought by both parties in the above-captioned action against one another be and hereby are dismissed with prejudice to the refiling of same or any part thereof. Each party agrees to bear its own attorneys fees and expenses incurred in this action.

DATED: February 27, 2008

Respectfully submitted,

/s/  Mike McKool
Mike McKool, Jr.
Lead Attorney
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Scott R. Jacobs
Texas State Bar No. 10521550
sjacobs@mckoolsmith.com
Robert M. Manley
Texas State Bar No. 00787955
rmanley@mckoolsmith.com
**McKool Smith P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**McKool Smith P.C.**
104 East Houston Street, Suite 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
Gretchen K. Harting
Texas State Bar No. 24055979
gharting@mckoolsmith.com
**McKool Smith P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
**Parker, Bunt & Ainsworth, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF,
TEXAS MP3 TECHNOLOGIES, LTD.**

/s/  Roger Fulghum (with permission)
Roger Fulghum
Lead Attorney
Texas State Bar No. 00790724
Michael Hawes
Texas State Bar No. 24010761
Lisa Catherine Kelly
Texas State Bar No. 24041659
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522
E-mail: roger.fulghum@bakerbotts.com
E-mail: michael.hawes@bakerbotts.com
E-mail: lisa.kelly@bakerbotts.com

        Michael E. Jones
        State Bar No. 10929400
        Allen F. Gardner
        State Bar No. 24042679
        POTTER MINTON
        110 N. College, Suite 500 (75702)
        P.O. Box 359
        Tyler, Texas 75710
        Telephone: (903) 597-8311
        Facsimile: (903) 593-0846
        E-mail: mikejones@potterminton.com
        E-mail: allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANTS, SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this the 27th day of February, 2009. Local Rule CV-5(a)(3)(A).

        /s/ Gretchen K. Harting
           Gretchen K. Harting