# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TEXAS MP3 TECHNOLOGIES, LTD., | § | |
| | § | |
| **Plaintiff,** | § | CIVIL ACTION |
| | § | |
| vs. | § | 2:07-cv-00052-CE |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | JURY TRIAL |
| INC., SANDISK CORPORATION, and | § | |
| APPLE COMPUTER, INC. | § | |
| | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL OF PREJUDICE

The Court, having considered Plaintiff Texas MP3 Technologies, Ltd. and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Stipulation of Dismissal with Prejudice, **ORDERS** that all claims brought in the above-referenced matter between Plaintiff Texas MP3 Technologies, Ltd. and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. are hereby dismissed with prejudice to the refiling of same or any part thereof. Each party is to bear its own attorneys fees and expenses incurred in this action.

Austin 49004v1

SIGNED this 2nd day of March, 2009.

                                                                       _____
                                                                       CHARLES EVERINGHAM IV
                                                                       UNITED STATES MAGISTRATE JUDGE